UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH RAY BRADFORD

VERSUS

JAMES LEBLANC
and STEVE RADAR

CIVIL ACTION

NO. 11-312-BAJ-CN

**RULING**

The Court has carefully considered the motion, the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Christine Noland dated June 17, 2011 (doc. 3), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, this suit be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e).

Baton Rouge, Louisiana, July 13, 2011.

---
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA